B6F (Official Form 6F) (12/07)

In re  Chad C. Dionne,
       Michelle A. Dionne,
                                                         Debtors

Case No. 09-21224

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6229<br><br>Bank Of America<br>Pob 17054<br>Wilmington, DE 19884 | | W | Opened 1/26/08  Last Active 2/01/09 | | | | 3,330.00 |
| Account No. xxxxxxxx2402<br><br>Barclays Bank Delaware<br>125 S West St<br>Wilmington, DE 19801 | | H | Opened 10/30/08  Last Active 3/01/09 | | | | 1,385.00 |
| Account No. xxxxxxxx2353<br><br>Cap One<br>Po Box 85520<br>Richmond, VA 23285 | | W | Opened 1/25/06  Last Active 1/01/09 | | | | 1,038.00 |
| Account No. DIOM1000<br><br>Charles Carr Jr., DO<br>P.O. Box 800<br>Kennebunk, ME 04043 | | J | Medical services rendered | | | | 70.00 |
| _5_ continuation sheets attached | | | | | Subtotal (Total of this page) | | 5,823.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Chad C. Dionne,
        Michelle A. Dionne
                                                                    Debtors

Case No.  __09-21224__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxx6576<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | | H | Opened 1/19/07  Last Active 1/01/09 | | | | 3,233.00 |
| Account No. xxx1300<br><br>Chittenden Bank<br>2 Burlington Sq<br>Burlington, VT 05401 | | H | Opened 10/04/07  Last Active 1/12/09<br>ChargeAccount | | | | 2,245.00 |
| Account No.<br><br>Representing:<br>Chittenden Bank | | | Western Mass. Credit Corp.<br>95 Post Office Park #9518<br>Wilbraham, MA 01095 | | | | |
| Account No. xxxxxxxx8798<br><br>Citi<br>Po Box 6241<br>Sioux Falls, SD 57117 | | H | Opened 11/15/07  Last Active 1/16/09 | | | | 4,259.00 |
| Account No. xx8613<br><br>Collection<br>520 Main Street Ste 202<br>Waltham, MA 02452 | | W | Opened 3/01/09  Last Active 2/01/09<br>Collection Peter J Garramo | | | | 120.00 |

Sheet no. __1__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      9,857.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Chad C. Dionne,
       Michelle A. Dionne,
                                          Debtors

Case No. __09-21224__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx5794<br><br>Fashion Bug/Soanb<br>1103 Allen Dr<br>Milford, OH 45150 | | W | Opened 5/23/06 Last Active 1/01/09<br>ChargeAccount | | | | 500.00 |
| Account No. xxxxxxxx0043<br><br>Gemb/Bombardier<br>Po Box 981349<br>El Paso, TX 79998 | | H | Opened 2/23/06 Last Active 3/01/09<br>ChargeAccount | | | | 6,954.00 |
| Account No. xxxxxxxx0216<br><br>Gemb/Care Credit<br>Po Box 981439<br>El Paso, TX 79998 | | W | Opened 11/01/07 Last Active 2/01/09<br>ChargeAccount | | | | 1,219.00 |
| Account No. xxxxxxxx1747<br><br>Hsbc Bank<br>Po Box 5253<br>Carol Stream, IL 60197 | | J | Opened 12/04/07 Last Active 1/01/09 | | | | 1,108.00 |
| Account No. xxxxxxxx0252<br><br>Kohls/Chase<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051 | | W | Opened 2/23/08 Last Active 3/01/09 | | | | 1,066.00 |

Sheet no. __2__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  10,847.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Chad C. Dionne,
        Michelle A. Dionne,
                                                    Debtors

Case No. __09-21224__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxx0005<br><br>Peopleschoice Cu<br>35 Bradbury St<br>Biddeford, ME 04005 | | H | Opened 7/05/07 Last Active 6/18/09 | | | | 1,210.00 |
| Account No. xxxxxxxxxxxxxxxxxx0426<br><br>Sallie Mae<br>1002 Arthur Dr<br>Lynn Haven, FL 32444 | | H | Opened 4/26/06 Last Active 12/01/08<br>Educational | | | | 8,594.00 |
| Account No. xxxxxxxx8428<br><br>Sears/Cbsd<br>Po Box 6189<br>Sioux Falls, SD 57117 | | W | Opened 6/30/07 Last Active 12/23/08<br>ChargeAccount | | | | 2,495.00 |
| Account No. xxxxx8103<br><br>Snap-On Credit Llc<br>Po Box 506<br>Gurnee, IL 60031 | | H | Opened 6/23/04 Last Active 7/01/09 | | | | 3,313.00 |
| Account No.<br><br>Representing:<br>Snap-On Credit Llc | | | Gregory Richards<br>4 Marr Farm Way<br>Scarborough, ME 04074 | | | | |

Sheet no. __3__ of __5__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  15,612.00

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   Chad C. Dionne,
        Michelle A. Dionne,
                                                            Debtors

Case No.  09-21224

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xx4923<br><br>South Coast Radiology<br>P.O. Box 1849<br>Lewiston, ME 04241-1849 | | J | Medical services rendered | | | | 4.09 |
| Account No.<br><br>Southern Main Medical Center<br>P.O. Box 626<br>Biddeford, ME 04005-0626 | | J | Medical services rendered | | | | 394.97 |
| Account No. xxxxxxxxxxxx2820<br><br>Thd/Cbsd<br>Po Box 6497<br>Sioux Falls, SD 57117 | | H | Opened 7/28/08 Last Active 2/08/09<br>ChargeAccount | | | | 427.00 |
| Account No. Mxxxxx8839<br><br>Thomas Agncy<br>561 Forest Avenue<br>Portland, ME 04101-1504 | | W | Opened 4/01/09 Last Active 11/01/08<br>Collection Southern Maine | | | | 181.00 |
| Account No. xxxxx9402<br><br>Time Warner Cable Media Sales<br>P.O. Box 2755<br>Buffalo, NY 14240-2755 | | J | | | | | 312.00 |

Sheet no. 4 of 5 sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   1,319.06

B6F (Official Form 6F) (12/07) - Cont.

In re Chad C. Dionne,
Michelle A. Dionne,
                                                            Debtors

Case No. __09-21224__

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Union Mutual Fire Insurance Company<br>P.O. Box 158<br>Montpelier, VT 05601-0158 | | J | Insurance premium | | | | 844.00 |
| Account No. xxxxxxx2012<br><br>Wff Cards<br>3201 N 4th Ave<br>Sioux Falls, SD 57104 | | H | Opened 2/12/08 Last Active 1/01/09 | | | | 3,198.00 |
| Account No. xxxxxx4689<br><br>Wffnatlbnk<br>Po Box 94498<br>Las Vegas, NV 89193 | | H | Opened 12/10/07 Last Active 1/01/09<br>ChargeAccount | | | | 1,025.00 |
| Account No. 1685<br><br>YardCard<br>P.O. Box 609<br>Memphis, TN 38101 | | J | Credit card purchases | | | | 6,046.97 |
| Account No.<br><br>Representing:<br>YardCard | | | SCA<br>P.O. Box 215<br>Memphis, TN 38101 | | | | |

Sheet no. __5__ of __5__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     11,113.97

Total (Report on Summary of Schedules)     54,572.03

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy